In the Matter of ANTHONY MAURIELLO, Doing Business as ANTHONY'S RESTAURANT, Petitioner, v. DONALD S. HOSTETTER et al., Constituting the State Liquor Authority, Respondents.— STALEY, JR., J.

Herlihy, P. J., Staley, Jr., Greenblott and Sweeney, JJ., concur in memorandum by Staley, Jr., J. Reynolds, J., dissents and votes to affirm.